# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **MARY DENISE YOUNG,** | ) |
|     **Plaintiff,** | ) ) ) |
| vs. | ) ) CIV. ACT. NO. 2:24-cv-198-TFM-B |
| **LUMKIN HIGHWAY CONTRACTING,** *et al.*, | ) ) ) ) |
|     **Defendants.** | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on May 21, 2025 (Doc. 10) adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are hereby **DISMISSED without prejudice**. Plaintiff was given one final opportunity to file an amended complaint and warned that failure to file by June 20, 2025 would result in the entry of final judgment in this matter. She failed to do so and therefore, this final judgment is entered.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 24th day of June, 2025.

                                                /s/Terry F. Moorer
                                                TERRY F. MOORER
                                                UNITED STATES DISTRICT JUDGE